IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ISAIAH SHELTON<br>5518 Southern Blvd Apt 3<br>Youngstown, OH 44512 | ) ) ) ) | CASE NO.<br><br>JUDGE: |
| Plaintiff, | ) ) | |
| v. | ) ) | **COMPLAINT FOR DAMAGES**<br>**AND REINSTATEMENT** |
| CORECIVIC OF TENNESEE, LLC<br>2240 Hubbard Rd<br>Youngstown, OH 44505 | ) ) ) ) | **JURY DEMAND ENDORSED**<br>**HEREIN** |
| **Serve also:**<br>CoreCivic of Tennessee, LLC<br>c/o CT Corporation System<br>4400 Easton Commons Way STE 125<br>Columbus, OH 43219 | ) ) ) ) ) ) | |
| Defendant. | ) | |

Plaintiff, Isaiah Shelton, by and through undersigned counsel, as his Complaint against Defendant, states and avers the following:

**PARTIES**

1. Shelton is a resident of the city of Youngstown, county of Mahoning, state of Ohio.

2. CoreCivic of Tennessee, LLC ("CoreCivic") is a foreign limited liability company that operates a place of business located at 2240 Hubbard Road, Youngstown, Ohio 44505.

3. CoreCivic was at all times hereinafter mentioned an employer within the meaning of R.C. § 4112.01 *et seq*.

4. CoreCivic was at all times hereinafter mentioned an employer within the meaning of 42 U.S.C. § 2000e-2 *et seq*.

**JURISDICTION & VENUE**

5. CoreCivic hires citizens of the state of Ohio, contracts with companies in Ohio, and owns or rents property in Ohio. As such, the exercise of personal jurisdiction over CoreCivic comports with due process.

6. This cause of action arose from or relates to the contracts of CoreCivic with Ohio residents, thereby conferring specific jurisdiction over CoreCivic.

7. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1341 in that Shelton is alleging a Federal Law Claim under Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e *et seq*.

8. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 as Shelton's state law claims are so closely related to his federal law claims that they form part of the same case or controversy under Article III of the United States Constitution.

9. Venue is proper in this District because the wrongs herein alleged occurred in this District.

10. Within 300 days of the conduct alleged below, Shelton filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), Charge No. 22A-2024-03080 against CoreCivic.

11. On or about September 4, 2024, the EEOC issued and mailed a Notice of Right to Sue letter to Shelton regarding the Charges of Discrimination brought by Shelton against CoreCivic.

12. Shelton received his Right to Sue letter from the EEOC in accordance with 42 U.S.C. § 2000e-5(f)(1).

13. Shelton has filed this Complaint within 90 days of the issuance of the Notice of Right to Sue letter.

14. Shelton has properly exhausted his administrative remedies pursuant to 29 C.F.R. § 1614.407(b).

## FACTS

15. Shelton is a former employee of CoreCivic.

16. CoreCivic began employing Shelton in or around November 2016.

17. CoreCivic employed Shelton as a Correctional Officer.

18. Shelton a is homosexual male.

19. During his employment with CoreCivic, Shelton was accused of showing a female coworker, Ms. Rudy, nude pictures of himself.

20. During his employment with CoreCivic, Shelton was accused of making the comment "bitch, are you calling off to suck some dick" to Ms. Rudy ("Offensive Comment").

21. Rudy is a heterosexual female.

22. Shelton did not make the Offensive Comment or anything similar to the Offensive Comment.

23. Shelton and Rudy were and are friends in and outside of the workplace.

24. Shelton did not show nude pictures to Rudy.

25. Rudy scrolled through Shelton's phone without permission and found a picture of Shelton in a swimsuit.

26. Rudy has previously sent Shelton nude photos, but CoreCivic failed to take any action when they became aware of Rudy's actions.

27. After Shelton was accused of showing Rudy nude photos and the Offensive Comment, CoreCivic placed Shelton on administrative leave pending an investigation.

28. While on administrative leave, Shelton called his supervisor Mr. Fender to find out when Shelton would be back to work ("Phone Call").

29. During the Phone Call, Fender advised Shelton that Fender needed Shelton back at work and that it shouldn't be long before Shelton's return to work.

30. During the Phone Call, Fender informed Shelton that Fender was fighting for Shelton to return to work.

31. Upon information and belief, Rudy denied being sexually harassed by Shelton during CoreCivic's investigation.

32. Following the Phone Call, Shelton never returned to work.

33. Following the Phone Call, CoreCivic failed to complete their investigation.

34. On or around July 20, 2023, CoreCivic terminated Shelton's employment.

35. Rudy's employment was not terminated or disciplined despite previously sending nude photos to Shelton.

36. CoreCivic's purported reason for Shelton's termination of employment is pretext for discrimination.

37. Defendant did not proffer a legitimate non-discriminatory reason for terminating Shelton.

38. CoreCivic terminated Shelton's employment because of his gender.

39. CoreCivic terminated Shelton's employment because of his sexual orientation.

40. As a result of Defendant's conduct, Shelton suffered and will continue to suffer damages.

**COUNT I: SEXUAL ORIENTATION DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 2000e *et seq.***

41. Shelton restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

42. Shelton identifies as homosexual.

43. Shelton is a member of a statutorily protected class based on his sexual orientation under 42 U.S.C. § 2000e-2 *et seq.*

44. At all times material herein, Shelton was qualified for his position with CoreCivic.

45. Shelton notified CoreCivic of his sexual orientation.

46. CoreCivic treated Shelton differently than other similarly situated employees based on his sexual orientation.

47. CoreCivic discriminated against Shelton on the basis of his sexual orientation throughout his employment with the company.

48. CoreCivic terminated Shelton's employment without just cause.

49. CoreCivic terminated Shelton's employment based on his sexual orientation.

50. Upon information and belief, CoreCivic replaced Shelton's position after his employment ended with an employee outside of his protected class.

51. CoreCivic's discrimination against Shelton on the basis of his sexual orientation violates 42 U.S.C. § 2000e-2 *et seq.*

52. As a direct and proximate result of Defendant's conduct, Shelton suffered and will continue to suffer damages, including economic and emotional distress damages.

**COUNT II: GENDER DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 2000e *et seq.***

53. Shelton restates each and every paragraph of this Complaint, as if it were fully restated herein.

54. Shelton is a member of a statutorily protected class based on his gender under 42 U.S.C. § 2000e *et seq.*

55. Throughout his employment, Shelton was fully competent to perform his essential job duties.

56. CoreCivic treated Shelton differently than other similarly situated employees based on his gender.

57. CoreCivic discriminataed against Shelton on the basis of gender thoruhgout his employment with the company.

58. CoreCivic's discrimination against Shelton based on his gender violates 42 U.S.C. § 2000e *et seq.*

59. CoreCivic terminated Shelton's employment without just cause.

60. CoreCivic terminated Shelton's employment based on his gender.

61. CoreCivic's termination of Shelton's employment based on his gender violates 42 U.S.C. § 2000e *et seq.*

62. Shelton suffered emotional distress as a result of Defendant's conduct and is entitled emotional distress damages pursuant to 42 U.S.C. § 2000e *et seq.*

63. As a direct and proximate result of Defendant's conduct, Shelton has suffered and will continue to suffer damages, including economic and emotional distress damages.

**COUNT III: GENDER DISCRIMINATION IN VIOLATION OF R.C. § 4112.01 *et seq.***

64. Shelton restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

65. Shelton is a member of a statutorily protected class based on her gender under R.C. § 4112.01 *et seq*.

66. CoreCivic treated Shelton differently than other similarly situated employees based on his gender.

67. CoreCivic discriminated against Shelton on the basis of his gender throughout his employment with the company.

68. CoreCivic terminated Shelton's employment without just cause.

69. CoreCivic terminated Shelton's employment based on his gender.

70. CoreCivic's discrimination against Shelton based on his gender violates R.C. § 4112.01 *et seq.*

71. Shelton suffered emotional distress as a result of Defendant's conduct, and is entitled emotional distress damages pursuant to R.C. § 4112.01 *et seq*.

72. As a direct and proximate result of Defendant's conduct, Shelton suffered and will continue to suffer damages, including economic and emotional distress damages.

## **DEMAND FOR RELIEF**

WHEREFORE, Isaiah Shelton demands the following:

(a) Issue an order requiring Defendant to restore Shelton to one of the positions to which he was entitled by virtue of his application and qualifications, and expunge his personnel file of all negative documentation;

(b) An award against Defendant of compensatory and monetary damages to compensate Shelton for lost wages, emotional distress, and other consequential damages, in an amount in excess of $ 25,000 per claim to be proven at trial;

(c) An award of punitive damages against Defendant in an amount in excess of $ 25,000;

(d) An award of reasonable attorneys' fees and non-taxable costs for Shelton's claims as allowable under law;

(e) An award of the taxable costs of this action; and

(f) An award of such other relief as this Court may deem necessary and proper.

Respectfully submitted,

/s/ *Taurean J. Shattuck, Esq.*
Taurean Shattuck (0097364)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
3 Summit Park Drive
Suite 200
Independence, OH 44131
Phone: (216) 364-1348
Fax:    (216) 291-5744
Email: taurean.shattuck@spitzlawfirm.com

*Attorney For Plaintiff*
*Isaiah Shelton*

8

## **JURY DEMAND**

Plaintiff Isaiah Shelton demands a trial by jury by the maximum number of jurors permitted.

/s/ *Taurean Shattuck*
Taurean J. Shattuck, Esq. (0097364)

9